# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 31, 2022

## NO. 03-21-00315-CR

**Zachery Angel Lucero, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 51ST DISTRICT COURT OF TOM GREEN COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
## DISMISSED -- OPINION BY JUSTICE TRIANA

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record, the Court concludes that the appeal should be dismissed. Therefore, the Court dismisses the appeal. Because appellant is indigent for purposes of this proceeding, no adjudication of costs is made.